### In the Interest of A.S.

### No. ED 76205.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 5, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1999.

John J. Smith, Legal Counsel, Office of Family Court Services, St. Charles, for appellant.

Ruth Beerup, St. Charles, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### *ORDER*

PER CURIAM.

The juvenile officer for Saint Charles County brings an interlocutory appeal pursuant to Section 211.261.3 RSMo 1994 from the trial court's order granting a Motion to Suppress Statements in favor of juvenile.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).